E-FILED; Montgomery Circuit Cou
Docket: 1/7/2026 1:43 PM; Submission: 1/7/2026 1:43 PI
Envelope: 2453572

## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

**GEONNY PEREYRA**                              *
4440 Kansas Avenue N.W.
Washington, D.C. 20011                          *

      **Plaintiff,**                       *

**v.**                                          *     CASE NO.: C-15-CV-26-000105

**ELLSWORTH PLACE FOOD HALL LLC**               *
8661 Colesville Road
Silver Spring, MD 37027                         *

<u>**SERVE ON:**</u>                            *
Capitol Corporate Services, Inc.
3206 Tower Oaks Blvd                            *
4th Floor
Rockville, MD 20852                             *

                                  *

      **Defendant.**

---

## COMPLAINT AND JURY DEMAND

---

COMES NOW, Plaintiff, Geonny Pereyra (hereinafter referred to as Plaintiff), by and through Mya Thomas, Esq. and De'Aja Thompson, Esq., and Jackson & Associates Law Firm, LLC, and hereby sues, Defendant Ellsworth Place Food Hall LLC (hereinafter referred to as Defendant) for personal injuries related to a slip and fall and alleges as follows:

### <u>JURISDICTION AND VENUE</u>

1. That the facts giving rise to the instant occurrence took place in Montgomery County, Maryland.

2. This is an action for damages in excess of thirty thousand dollars ($30,000), exclusive of costs and interest, and otherwise within the jurisdiction of the Circuit Court.

3. Venue is proper in this Court because all relevant facts giving rise to the instant action originated in Montgomery County, Maryland.

**EXHIBIT 2**

## ALLEGATIONS COMMON TO ALL COUNTS

4. That, Plaintiff Geonny Pereyra is an adult resident of the United States residing in Washinton, D.C.

5. That, at all times material and on the date and time of the incident complained of, Plaintiff sustained grievous injuries as more particularly set forth herein.

6. That, at all times material, and on the date and time of the incident complained of, Defendant Ellsworth Place Food Hall LLC was a corporate and/or business entity organized and existing under the laws of Maryland.

7. That, Defendant employed agents, employees, officers, staff, administrators, representatives, servants, exercised jurisdiction and control over the procedures which said agents, employees, officers, staff, administrators, representatives, and/or servants and said Defendant determined the qualifications or lack of qualifications of said agents, employees, staff, administrators, representatives, and servants related to Defendant's Ellsworth Place Food Hall and its common areas including the parking lot.

8. That, Defendant devised all policies, programs, and/or activities for the aforementioned agents, employees, staff, administrators, representatives, servants, and/or residents of the community or surrounding communities, and said agents, employees, staff, administrators, representatives, servants, worked in a common effort for the economic benefit for the aforementioned Defendant herein.

9. That, on July 16, 2024, Plaintiff was an invitee of Ellsworth Place Food Hall LLC located at 8661 Colesville Road, Silver Spring, MD 20910 and she suffered a preventable slip and fall on Defendant's property, which resulted in Plaintiff sustaining serious injuries.

10. That, on this day, Plaintiff Geonny Pereyra, was exiting Defendant's property at the G-level near Don Pollo Restaurant.

11. That, as Plaintiff was walking, she slipped on a puddle of liquid on the floor, unbeknownst to her, due to the lack of a visible "caution" or "wet floor" sign. A witness was passing by when she took notice of Plaintiff's fall and helped her stand up.

12. That, as a direct result of the Plaintiff falling on the puddle of water, she sustained serious injuries to her leg, ankle, hip and back.

13. That, as a direct result of Plaintiff's fall she has undergone medical treatment and incurred significant medical expenses.

### NEGLIGENCE

Plaintiff, Geonny Pereyra, reasserts and incorporates herein by reference the allegations contained in paragraphs 1-13 as if fully set forth herein and further alleges:

14. That, at all times material, Defendant owed a duty to protect and/or notify its invitees and guests of any harm or of hazardous conditions known that could pose a risk of serious bodily injury to Plaintiff.

15. That, Defendant breached that duty of reasonable care for the safety and protection of the public, and the Plaintiff, in one or more of the following ways:

a. Failing to properly supervise the common areas in such a manner Plaintiff would have a safe walking area, free from hazards which were recognized or should have been recognized by Defendant as causing or likely to cause the serious physical harm to themselves and others;

b. Failing to maintain the common area leading to a safe condition to insure that the Plaintiff would not slip and fall on a puddle of liquid which existed and which was known and/or should have been known to the Defendant;

c. Failing to maintain the premises owned and managed by the Defendant in good and safe condition for the Plaintiff and others;

DocuSign Envelope ID: 2EFFF19E-595D-4546-877E-A944EF7BA147

d.  Failing to exercise the degree of care required under the circumstances; and

e.  Otherwise being negligent.

16.  As a direct and proximate cause of Defendant's negligence, Plaintiff sustained serious injuries to her back, leg, ankle, and hip. Plaintiff at all times during the occurrence set forth used due care and caution and was completely free from any and all negligence in any manner contributing to her injuries and damages as herein complained of.

17.  Plaintiff has suffered physical injuries and has incurred expenses for medical care and treatment, medicines, physical therapy, and other types of medical related attention. All the above damages were directly and proximately caused by the aforementioned negligence of the Defendant and were incurred without contributory negligence or assumption of the risk on the part of the Plaintiff.  Plaintiff also did not have the opportunity to avoid this incident.

**WHEREFORE**, Plaintiff Geonny Pereyra sues Ellsworth Place Food Hall LLC demanding a judgment in an amount in excess of $75,000.00 (Seventy Five Thousand Dollars), plus pre-judgment and post-judgment interest to the extent allowed by law, plus costs and interest.

**I SOLEMNLY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE AFOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY PERSONAL KNOWLEDGE**

DocuSigned by:

_Geonny_

D42E9C023F554C0

**Geonny Pereyra**

Respectfully submitted,

By:  _____/s/ Mya_____
Mya Thomas, Esq. [CPF# 2506201008]
De'Aja Thompson, Esq. [CPF# 2205310015]
JACKSON & ASSOCIATES LAW FIRM, LLC
1300 Caraway Court
Suite 100
Largo, Maryland 20774

301-883-0800 Tel.
301-883-0801 Fax
mthomas@jacksonassocaiteslawfirm.com
dthompson@jacksonassociateslawfirm.com
**Counsel for Plaintiff**

## DEMAND FOR JURY TRIAL

The Plaintiff demands trial by jury as to all issues contained herein.


_____/s/Mya_____
**Mya Thomas, Esquire**