E-FILED; Montgomery Circuit Court
Docket: 3/31/2026 2:34 PM; Submission: 3/31/2026 2:34 PM
Envelope: 25814710

| | | | |
|---|---|---|---|
| **GEONNY PEREYRA** | | * | **IN THE** |
| *Plaintiff,* | | * | **CIRCUIT COURT** |
| **v.** | | * | **FOR** |
| **AVANTE ELLSWORTH VENTURE I LLC** | | * | **MONTGOMERY COUNTY** |
| | | * | |
| *Defendant.* | | * | **Case No.:  C-15-CV-26-000105** |
| | | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ANSWER TO AMENDED COMPLAINT

Defendant, Avante Ellsworth Venture I LLC, ("Defendant") by and through its undersigned attorneys, William A. Crawford, Esq., Marni E. Davenport, Esq., and Franklin & Prokopik, P.C., hereby files this Answer to the Amended Complaint filed by Plaintiff, Geonny Pereyra ("Plaintiff") and states:

### GENERAL DENIAL OF LIABILITY AND GENERAL DEFENSES

1.    Pursuant to Rule 2-323(d), Defendant generally denies liability as to each and every count contained in the Plaintiff's Amended Complaint.

2.    The Defendant did not commit the wrongs as alleged.

3.    The Defendant is not indebted as alleged.

4.    Defendant denies that it breached any duty or obligation to the Plaintiff and generally denies that it was negligent.

5.    Plaintiff's claims were not proximately caused by Defendant.

6.    Plaintiff did not sustain the injuries or damages as alleged.

7.    Plaintiff's Amended Complaint, and each and every count therein, fails to state a claim upon which relief can be granted.

**EXHIBIT 5**

## AFFIRMATIVE DEFENSES

8.    Plaintiff's claims are barred by contributory negligence.

9.    Plaintiff's claims are barred by assumption of the risk.

10.    The condition alleged in the Amended Complaint was open and obvious.

11.    Plaintiff failed to mitigate her damages.

12.    Plaintiff's injuries, losses, and/or damages, if any, were or may have been the result of acts or omissions of other third parties over whom Defendant had no control or right of control.

13.    Defendant reserves the right to raise any additional affirmative or negative defenses. Defendant reserves the right to amend or supplement this Answer and its affirmative defenses, and or assert additional defenses up and through the trial of this matter.

WHEREFORE, having fully answered the Plaintiff's Amended Complaint, Defendant, Avante Ellsworth Venture I LLC, respectfully requests that the same be dismissed, with prejudice and costs.

Respectfully submitted,

*Marni E. Davenport*

William A. Crawford, Esq. (#9312140169)
Marni Davenport, Esq., (#1712140196)
FRANKLIN & PROKOPIK, P.C.
The B&O Building
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
[t] (410) 752-8700
[f] (410) 752-6868
mdavenport@fandpnet.com
*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of March 2026 a copy of the foregoing

Defendant's Answer to Amended Complaint was filed and served via MDEC and emailed to:

Mya Thomas, Esq.
De'Aja Thompson, Esq.
Jackson & Associates Law Firm, LLC
1300 Caraway Court, Suite 100
Largo, MD 20774
mthomas@jacksonassociateslawfirm.com
dthompson@jacksonassociateslawfirm.com
*Attorneys for Plaintiff*


_____
Marni Davenport, Esq., (1712140196)